AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/23/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID LU | GOLUB V. TRANS UNION LLC, ET AL. 07-CIV-6308 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
BY MAILING A COPY TO JESSIE WHITE, SECRETARY OF STATE, 213 STATE CAPITOL, SPRINGFIELD, IL 62756, AS AGENT FOR DEFENDANT TRANS UNION LLC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/30/2007
                  Date

*Signature of Server*

42 EAST 64TH STREET, NEW YORK, NY, 10065
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.