**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AARON RICHARD GOLUB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 07 CV 6308 (JGK) |
| | § | |
| TRANS UNION LLC and NATIONWIDE RECOVERY SYSTEMS, INC., | § § | |
| | § | |
| Defendants. | § § | |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nationwide Recovery Systems, Ltd. (a non-governmental corporate party), incorrectly named as Nationwide Recovery Systems, Inc., certifies that there are no parent corporations of Nationwide Recovery Systems, Ltd. and that no publicly held corporation owns 10% or more of the stock of Nationwide Recovery Systems, Ltd.

Dated: New York, New York
        August 24, 2007

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By:   /s/ Jeffrey I. Wasserman
    Jeffrey I. Wasserman (JW-9619)
    1177 Avenue of the Americas
    New York, New York 10036-2714
    T: (212) 508-6100
    F: (212) 508-6101

ATTORNEYS FOR DEFENDANT,
NATIONWIDE RECOVERY SYSTEMS, LTD.