IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AARON RICHARD GOLUB, | § § | |
| Plaintiff, | § § | |
| v. | § § | 07 CV 6308 (JGK) |
| TRANS UNION LLC and NATIONWIDE RECOVERY SYSTEMS, INC., | § § § | |
| Defendants. | § § | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support Of Motion To Dismiss, dated August 24, 2007, the undersigned will move this Court, before the Hon. John G. Koeltl, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 12B, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing this action for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

-2-

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers.

Dated: New York, New York
       August 24, 2007

                    Respectfully submitted,

                    BRACEWELL & GIULIANI LLP

                    By:      /s/ Jeffrey I. Wasserman
                          Jeffrey I. Wasserman (JW-9619)
                          1177 Avenue of the Americas
                          New York, New York 10036-2714
                          T: (212) 508-6100
                          F: (212) 508-6101

                    ATTORNEYS FOR DEFENDANT,
                    NATIONWIDE RECOVERY SYSTEMS, LTD.