UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

AARON RICHARD GOLUB,                              C.A. No: 07-CV-6308

                      Plaintiff,

    v.

TRANS UNION LLC; and
NATIONWIDE RECOVERY SYSTEMS, LTD.,

                      Defendants.

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of the following as counsel for Defendant, Trans Union LLC:

Timothy P. Creech
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688
E-mail: tcreech@mstkw.com

                      Respectfully Submitted,

                        /s/ *Timothy P. Creech*
                      Timothy P. Creech
                      KOGAN, TRICHON & WERTHEIMER, P.C.
                      1818 Market St., 30th Floor
                      Philadelphia, PA 19103
                      (215) 575-7600; Fax: (215) 575-7688
                      E-mail: tcreech@mstkw.com

DATED:      September 5, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

AARON RICHARD GOLUB,                                C.A. No: 07-CV-6308
                Plaintiff,

    v.

TRANS UNION LLC; and
NATIONWIDE RECOVERY SYSTEMS, LTD.,

                Defendants.
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    TIMOTHY P. CREECH, hereby certifies that he caused a true and correct copy of the foregoing Notice of Appearance was served via the Court's ECF Notice System on this date to the following:

| | |
|---|---|
| Nehemiah Salomon Glanc<br>Aaron Richard Golub, Esquire<br>42 East 64th Street<br>New York, NY 10021<br>(212) 838-4811; Fax: (212) 838-4869<br>Email: nglanc@argolub.com | Jeffrey Ian Wasserman<br>Bracewell & Giuliani, LLP<br>1177 Avenue of the Americas<br>19th Floor<br>New York, NY 10036<br>(212) 508-6100; Fax: (212) 508-6101<br>Email:<br>jeffrey.wasserman@bracewellgiuliani.com |

                                            */s/ Timothy P. Creech*
                                            TIMOTHY P. CREECH

DATED:    September 5, 2007