UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

AARON RICHARD GOLUB,                                C.A. No: 07-CV-6308
                Plaintiff,

   v.

TRANS UNION LLC; and
NATIONWIDE RECOVERY SYSTEMS, LTD.,        **Trans Union LLC's Fed.R.Civ.P. 7.1(A)**
                                                    **Corporate Disclosure Statement**
              Defendants.
---------------------------------------------------------------x

    Trans Union LLC, a non-governmental corporate party, is wholly owned by TransUnion Corp.  No part of Trans Union LLC or TransUnion Corp. is publicly held.


                                            KOGAN, TRICHON & WERTHEIMER, P.C.


                                            */s/ Timothy P. Creech*
                                            TIMOTHY P. CREECH
                                            1818 Market St., 30th Floor
                                            Philadelphia, PA 19103
                                            (215) 575-7618; Fax: (215) 575-7688
                                            E-mail: tcreech@mstkw.com
                                            *Counsel for Defendant,*
                                            *Trans Union LLC*


DATED:     September 5, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| AARON RICHARD GOLUB, | C.A. No: 07-CV-6308 |
|                 Plaintiff, | |
| v. | |
| TRANS UNION LLC; and | |
| NATIONWIDE RECOVERY SYSTEMS, LTD., | **CERTIFICATE OF SERVICE** |
|                 Defendants. | |

-------------------------------------------------------------x

Timothy P. Creech, Esq., hereby certifies he caused a true and correct copy of the foregoing Trans Union LLC's Corporate Disclosure Statement to be sent on this date *via* ECF Notification to the following registered user(s):

| | |
|---|---|
| Nehemiah Salomon Glanc<br>Aaron Richard Golub, Esquire<br>42 East 64th Street<br>New York, NY 10021<br>(212) 838-4811; Fax: (212) 838-4869<br>Email: nglanc@argolub.com | Jeffrey Ian Wasserman<br>Bracewell & Giuliani, LLP<br>1177 Avenue of the Americas<br>19th Floor<br>New York, NY 10036<br>(212) 508-6100; Fax: (212) 508-6101<br>Email:<br>jeffrey.wasserman@bracewellgiuliani.com |

                                                       */s/ Timothy P. Creech*
                                                       TIMOTHY P. CREECH

DATED:      September 5, 2007