# KOGAN, TRICHON & WERTHEIMER, P.C.
### ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

TIMOTHY P. CREECH
Direct Dial:     (215) 575-7618
Facsimile:      (215) 575-7688
e-mail: tcreech@mstkw.com

September 5, 2007

**Via Fax (212) 805-7912**

Honorable John G. Koeltl
U.S. District Court
500 Pearl St., Rm. 1030
New York, NY 10017

FILED
APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
9/6/07

RE:  **Golub v. Trans Union, *et al.***
     **S.D. NY No: 07-CV-6308**

Dear Judge Koeltl:

I represent Defendant Trans Union in the above matter. Pursuant to your Honor's individual practices, Trans Union requests an extension of time until October 4, 2007 to answer, plead or otherwise defend the Complaint. No previous requests for extension have been made. I have conferred with counsel for Plaintiff, and Plaintiff consents to this request.

According to the docket, a summons to Trans Union was returned executed on July 23, 2007, which would have made Trans Union's answer due August 13, 2007. However, Trans Union denies receipt of service of the Complaint on that date. Trans Union became aware of this action only after Plaintiff sent a demand letter that was received at Trans Union's corporate offices on or about August 29, 2007. Plaintiff's counsel emailed me the Complaint on the afternoon of Friday, August 31, 2007.

Trans Union has agreed to waive its defenses of insufficiency of process or insufficiency of service of process under Fed.R.Civ.P. 12(b)(4) and (5) in exchange for a 30 day extension of time to respond to the Complaint. A 30 day extension is warranted because Plaintiff is considering amending the Complaint in light of the motion to dismiss filed by co-defendant Nationwide Recovery Systems, LTD. In the event that Plaintiff elects to amend the Complaint, Plaintiff and Trans Union agree that Trans Union would be required to respond only to the Amended Complaint within the time prescribed by Fed.R.Civ.P. 15(a).

Honorable John G. Koeltl
September 5, 2007
Page 2 of 2

    Accordingly, Trans Union respectfully requests an extension of time until October 4, 2007 to answer, plead or otherwise respond to Plaintiff's Complaint.

                                            Respectfully,

                                            KOGAN, TRICHON & WERTHEIMER, P.C.

                                            /s/ Timothy P. Creech
                                            TIMOTHY P. CREECH

Cc:    Nehemiah Salomon Glanc, Esq. (*via* email nglanc@argolub.com)
        Jeffrey Ian Wasserman, Esq. (*via* email jeffrey.wasserman@bracewellgiuliani.com)