NEHEMIAH S. GLANC, ESQUIRE
Attorney for Plaintiff
42 East 64th Street
New York, New York 10065
ph: 212-838-4811
fx: 212-838-4869
NSG 7264

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
AARON RICHARD GOLUB,

               Plaintiff,

    -against-

TRANS UNION LLC and NATIONWIDE
RECOVERY SYSTEMS, LTD.,

              Defendants.
------------------------------X

Docket No. 07 CIV 6308 (JGK)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel as follows:

1. Plaintiff's opposition papers to the motion of defendant Nationwide Recovery Systems, Ltd. ("NRSL") dated August 24, 2007 shall be served on NRSL's counsel by Friday September 21, 2007.

2. Defendant NRSL's reply papers shall be served on plaintiff's counsel by Friday October 5, 2007.

3. This stipulation may be executed by facsimile or via PDF e-mail, and any fully executed stipulation may be used as an original for any purpose.

Dated: New York, New York
       August 30, 2007

| | |
|---|---|
| NEHEMIAH S. GLANC, ESQUIRE<br>Attorneys for Plaintiff<br><br>_/s/ N.S.G._<br>_____<br>Nehemiah S. Glanc<br>42 East 64th Street<br>New York, New York 10065<br>ph: 212-838-4811<br>fx: 212-838-4869<br>NSG 7264 | BRACEWELL & GIULIANI LLP<br>Attorneys for Defendant<br>Nationwide Recovery Systems<br><br>_/s/_<br>_____<br>Jeffrey L. Wasserman<br>1177 Avenue of the Americas<br>New York, New York 10036<br>ph: 214-468-3800<br>fx: 214-468-3888<br>JW 9619 |

SO ORDERED:

_/s/ JGK_
U.S.D.J.

9/10/07