NEHEMIAH S. GLANC, ESQUIRE
Attorney for Plaintiff
42 East 64th Street
New York, New York 10065
ph: 212-838-4811
fx: 212-838-4869
NSG 7264

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X   Docket No.07 CIV-6308
AARON RICHARD GOLUB,                    (JGK)(ECF)

                Plaintiff,          **NOTICE OF CROSS-MOTION**

     -against-

TRANS UNION LLC and NATIONWIDE RECOVERY
SYSTEMS, LTD.,

                Defendants.
------------------------------------X

    PLEASE TAKE NOTICE, that upon the annexed declaration of Aaron Richard Golub, dated September 21, 2007 and the exhibits 1-13 annexed thereto, the Memorandum of Law dated September 21, 2007, and upon all the papers and proceedings heretofore had herein, plaintiff Aaron Richard Golub will cross-move this Court, before the Hon. John G. Koeltl, United State District Judge, at Courthouse, 500 Pearl Street, Courtroom 12B, at a date and time to be determined by the Court, for an order:

        (i)   pursuant to Fed.R.Civ.P. 15(a) for leave to file the First Amended Complaint (Ex. 13);

        (ii)  pursuant to 15 U.S.C § 1681n(c) and/or 15 U.S.C § 1681o(b) awarding plaintiff attorneys fees in connection with his opposition to defendant Nationwide Recovery Systems, Ltd's motion to dismiss; and

        (iii) for such other and further relief as to this Court seems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers, and any reply affidavits and memoranda shall be served within five business days after service of the answering papers.

Dated:    New York, New York
          September 21, 2007

                                    Respectfully submitted,


                                    S/ NEHEMIAH S. CLANC
                                    NEHEMIAH S. GLANC, ESQUIRE
                                    Attorney for Plaintiff
                                    42 East 64th Street
                                    New York, New York 10065
                                    ph: 212-838-4811
                                    fx: 212-838-4869
                                    NSG 7264