**Exhibit 5**

File Number:
Page:                1 of 8
Date Issued:         04/11/2007

Trans**Union**,

**Personal Information**

Name:            AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:           2 of 8
Date Issued:    04/11/2007



# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

File Number:
Page:                    3 of 8
Date Issued:             04/11/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:            4 of 8
Date Issued:     04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                    5 of 8
Date Issued:             04/11/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

File Number:
Page:            6 of 8
Date Issued:     04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
## FILED UNDER SEAL
## REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:                7 of 8
Date Issued:         04/11/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:              8 of 8
Date Issued:       04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

**To dispute online go to: http://transunion.com/disputeonline**

File Number:
Page:                    1 of 8
Date Issued:             04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:            2 of 8
Date Issued:     04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
## FILED UNDER SEAL
## REDACTED

File Number:
Page:                    3 of 8
Date Issued:             04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                    4 of 8
Date Issued:          04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                5 of 8
Date Issued:         04/11/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED