Exhibit 5 a

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 6 of 8
Date Issued: 04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

To dispute online go to: http://transunion.com/disputeonline

Case 1:07-cv-06308-JGK   Document 15-7   Filed 09/21/2007   Page 3 of 12

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 7 of 8
Date Issued: 04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:         8 of 8
Date Issued:  04/1⁻ ᵗ²⁰⁰⁷

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

To dispute online go to: http://transunion.com/disputeonline

P.O. Box 6790
Fullerton, CA 92834

RETURN SERVICE REQUESTED

04/11/2007    TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

**TransUnion Personal Credit Score**
AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
## FILED UNDER SEAL
## REDACTED

**TransUnion Personal Credit Score**
AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

04/11/2007    TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

# AARON RICHARD GOLUB CREDIT REPORT
## FILED UNDER SEAL
## REDACTED

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED