**Exhibit 6**

# Request for Investigation

Your options for requesting an investigation
- Initiate an investigation at www.transunion.com/investigate or
- Complete and return this form to the address at the end of this form

**FILED UNDER SEAL**
**REDACTED**

Once you submit your dispute:
- TransUnion will contact the company that provided the information (lender or public record source) with a request to verify the accuracy of the information.
- The company will then advise TransUnion whether any changes should be made to the information.
- Upon conclusion, usually within 30 days of the date we receive your request, a report reflecting the results of the investigation will be mailed to you via first-class U.S. mail. Please allow 3-5 business days for mail delivery following the completion of our investigation.

Step 1 - Enter Personal Information
Please enter the following required information:

**AARON RICHARD GOLUB**
Name                                    File Number (FIN)

Other Name(s)

Address

Telephone Number(s)                     Employer

Social Security Number                  Date of Birth (mm/dd/yy)

Driver's License Number

Step 2 - Enter Investigation Details
Please provide details on why items on your credit report may be inaccurate. Use additional space on the back of the page if necessary.

**NATIONWIDE RECOVERY SYSTEMS**
Company Name:                                              Company Name:

Account #:                                                 Account #:

This information is inaccurate because:                    This information is inaccurate because:
- ☐ This is not my account                                 - ☐ This is not my account
- ☐ I have never paid late                                 - ☐ I have never paid late
- ☐ This account is in bankruptcy                          - ☐ This account is in bankruptcy
- ☐ This account is closed                                 - ☐ This account is closed
- ☐ I have paid this account in full                       - ☐ I have paid this account in full
- ☐ I paid this before it went to collection or            - ☐ I paid this before it went to collection or
  before it was charged off                                  before it was charged off
- ☒ Other: **BILLING DISPUTE DUE TO DEFECTIVE WIRELESS TELEPHONE SERVICE**   - ☐ Other: _____

TransUnion

# Request for Investigation

Company Name: _____

Account #: _____

This information is inaccurate because:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other:

Company Name: _____

Account #: _____

This information is inaccurate because:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other:

Step 3 - Enter Previous Address/Employer Corrections and Additional Comments (Optional)
Please use this space for corrections to your previous address information, corrections to your previous employer information and for additional comments.

SEE ENCLOSED LETTER TO HARRY C. GAMBILL, WITH ENCLOSURES, DATED MAY 8, 2007.

Signature: *[signed]* AARON RICHARD GOLUB

Step 4 - Return this form to:
TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

TransUnion

File Number:
Page: 1 of 8
Date Issued: 04/11/2007

TransUnion.



| Name: | AARON RICHARD GOLUB | SSN: |

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 2 of 8
Date Issued: 04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 3 of 8
Date Issued: 04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 4 of 8
Date Issued: 04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 4 of 8
Date Issued: 04/11/2007

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 5 of 8
Date Issued: 04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 6 of 8
Date Issued: 04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 7 of 8
Date Issued: 04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 8 of 8
Date Issued: 04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

File Number:
Page: 1 of 8
Date Issued: 04/11/2007

TransUnion,

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

 Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 2 of 8
Date Issued: 04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 3 of 8
Date Issued: 04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:           4 of 8
Date Issued:    04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page: 5 of 8
Date Issued: 04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED