Exhibit 6  a

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:              6 of 8
Date Issued:      04/11/2007



AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

To dispute online go to:

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:           7 of 8
Date Issued:    04/11/2007

TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:                        8 of 8
Date Issued:                 04/11/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

RETURN SERVICE REQUESTED

04/11/2007    TransUnion.

# AARON RICHARD GOLUB CREDIT REPORT
## FILED UNDER SEAL
## REDACTED

TransUnion Personal Credit Score
AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED



TransUnion Personal Credit Score
AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED



AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED