Exhibit 6 b

# Aaron Richard Golub, Esquire, P.C.
## Lawyers

Aaron Richard Golub, Esquire
Nehemiah S. Glanc, Esquire
David Lu, Esquire

argolub@argolub.com
nglanc@argolub.com
dlu@argolub.com

42 East 64th Street
New York, New York 10021

212-838-4811
Facsimile 212-838-4869

## FAX TRANSMITTAL SHEET

The information contained in this facsimile message is legally privileged and confidential information intended only for use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

TO: Mrs. Greer of First Credit Reporting     FAX #: (303) 758-3421

FROM: Aaron Richard Golub, Esquire

DATE: March 16, 2006                TIME: 2:00 pm
RE:

NO. OF PAGES (INCLUDING THIS PAGE):9

MESSAGE: Ms. Greer: Pursuant to your request today I am sending you my previous correspondence with Cingular, some of which was sent by Certified Mail Return Receipt Requested, some by regular mail and some by fax, disputing my Cingular bills. I enclose the relevant correspondence which dates back to 11/3/2005 which clearly demonstrates I was and am disputing the bill and asll products and services allegedly provided by Cingular. You said to me today you had received no notice of the fact I was disputing the bill which clearly must be an error on Cingular's behalf. I never received notice from your company that there was 30 days to dispute the bill. Be it known that I formally and legally dispute the bill and always have as well as disputed the services and the phone product provided by Cingular. Any steps taken to disgrace, defame or negatively effect my credit will be met with a lawsuit to protect my name and reputation as I have not paid the alleged outstanding invoices as a result of Cingular's misrepresentations and defective service and products.

Enclosures                              Sincerely,

# Aaron Richard Golub, Esquire, P.C.
## Lawyers

Aaron Richard Golub, Esquire  
Nehemiah S. Glanc, Esquire  
Mark W. Moody, Esquire  

argolub@argolub.com  
nglanc@argolub.com  
mmoody@argolub.com  

42 East 64th Street  
New York, New York 10021  

212-838-4811  
Facsimile 212-838-4869  

## FAX TRANSMITTAL SHEET

The information contained in this facsimile message is legally privileged and confidential information intended only for use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

**TO:** Kyle Carter  
Area Manager  

**FAX #:** 888-677-0746

**FROM:** Aaron Richard Golub, Esquire

**DATE:** November 3, 2005         **TIME:** 5:39 PM

**RE:** <u>917-282-2619 Contract/Razor Phone</u>

NO. OF PAGES (INCLUDING THIS PAGE): 2

MESSAGE:

Aaron Richard Golub Esquire PC
Lawyers

Aaron Richard Golub Esquire
Nehemiah S Glanc Esquire
Mark W Moody Esquire

argolub@argolub.com
nglanc@argolub.com
mmoody@argolub.com

42 East 64th Street
New York, New York 10021

212 838-4811
Facsimile 212 838-4860

November 3, 2005

**VIA FACSIMILE 888-677-0746**
Kyle Carter
Area Manager
Cingular Wireless

     Re:  917-282-2619 Contract/Razor Phone

Dear Mr. Carter:

  I was referred to you and given your fax number by Mr. Williams, Cingular representative. My cellular phone issues are documented in your files. I suggest you review the file prior to calling me. I have repeatedly tried to get proper service from Cingular and have failed. It is clear to me that Cingular's service is defective and among other things misrepresented on a widespread basis. The amount of complaints I have heard from other Cingular customers, frankly, is staggering. If these issues are unresolved by 5:00 p.m. Monday I will institute an action against Cingular that I will seek to expand to class action status.

                Very truly yours,

                Aaron Richard Golub

ARG:psr

Law Offices Richard Golub Esquire PC

Lawyers

Law Richard Golub Esquire
Jeremiah S. Gunn Esquire
[illegible] Esquire

40 East 64th Street
New York, New York 10021

212-838-4811
Facsimile 212-838-4860

November 11, 2005

Stanley T. Sigman
President and Chief Executive Officer
Cingular Wireless
Glenridge Highlands Two
5565 Glenridge Connector
Atlanta, GA 30342

Re:   917-282-2619 Contract/Razor Phone

Dear Mr. Sigman:

I had ongoing issues with my cellular phone which are documented in Cingular's files which I urge you to requisition and review prior to contacting me. A sample of the failures experienced in Cingular's service on specific days follows; however, these incidents occurred on practically a daily basis throughout the United States where I was located, since the inception of my agreement:

## LOS ANGELES

10/28/05
- Beverly Glen and Comstock (Los Angeles), call failed
- 10600 Wilshire garage (Los Angeles), call cannot be completed as dialed
- 11:00 a.m. Speaker phone did not work
- call cannot be completed as dialed
- 12:50 p.m. Sunset before West Gower (Los Angeles) call cannot be completed as dialed

11/1/05
- 11:20 a.m. La Cienega and Cadillac(Los Angeles) call cannot be completed as dialed
- 11:25 a.m. La Cienega and La Tijera (Los Angeles) call cannot be completed as dialed (x2)
- 11:27 a.m. Dialed 310-403-0976. Would not call out

Aaron Richard Golub, Esquire P.C.

Stanley T. Sigman
November 11, 2005
- Page Two -

- 11:44 a.m. Vicksburg and 96th St. (Los Angeles) call cannot be completed as dialed
- No outgoing calls at all on La Cienega
- Cut off speaking to 917-841-7976
- 11:45 a.m. same message
- 11:46 got through to 310-403-0976
- 12:40 p.m. 110 Freeway, dialed 631-287-0041, call cannot be completed as dialed
- dialed 212-752-3040, call cannot be completed as dialed

NEW YORK CITY

11/2/05
- 208 720 0300, 58th - 62nd on Madison Ave. (New York City) called failed (twenty five times)

About two weeks ago, Nicole from your Retention Department called and offered me the Motorola V5551 and would not fully credit me for the purchase of the Razor phone. I have repeatedly tried to get proper service from Cingular and accordingly I had to return to Verizon where the service has been far superior, in fact, beyond any reasonable comparison with Cingular. Clearly, Cingular's well advertised service is defective and among other things misrepresented on a widespread basis to the public. The amount of complaints I have heard from other Cingular customers, frankly, is staggering. Two weeks ago Adrienne in your store on Madison Avenue near East 46th Street in New York City refused to tell me the name of the regional director or the name of anyone I could contact at Cingular to discuss these problems.

If my issues are unresolved immediately I will institute an action against Cingular that I will seek to expand to class action status.

Very truly yours,

Aaron Richard Golub

ARG:psr

## Aaron Richard Golub, Esquire, P.C.

Aaron Richard Golub, Esquire  argolub@argolub.com
Nehemiah S. Glanc, Esquire  nglanc@argolub.com
Mark A. Moody, Esquire  mmoody@argolub.com

42 East 64th Street  212-838-4811
New York, New York 10021  Facsimile 212-838-4860

January 20, 2006

**VIA REGULAR AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Stanley T. Sigman
President and Chief Executive Officer
Cingular Wireless
Glenridge Highlands Two
5565 Glenridge Connector
Atlanta, GA 30342

Re:   Account #00953085-001-42 - Final Invoice

Dear Mr. Sigman:

I refer you to my letter dated November 11, 2005 (copy enclosed).

The incompetent level of service I received from Cingular caused me to cancel the contract on November 2, 2005. Consequently I refuse to pay the charges of $468.09 (including late payment fees) as detailed on your invoice for the billing cycle 12/3/05-1/2/06 copy enclosed). Please cancel this invoice immediately, and return all sums paid to you to me.

Very truly yours,

Aaron Richard Golub

ARG:psr
(enclosure)
cc:   Cingular Wireless Billing Center
      9020 N. May Avenue
      #250-NYC
      Oklahoma City, OK 73120

[USPS Certified Mail Receipt]
Postage: $.39
Certified Fee: 2.40
Return Receipt Fee: 1.85
Total Postage & Fees: $4.64
Sent To: S. Sigman, CEO Cingular Wireless
5565 Glenridge Connector
Atlanta GA 30342

Aaron Richard Golub, Esquire P.C.
Lawyers

agolub@argolub.com
nglanc@argolub.com
mmoody@argolub.com

212-838-4811
Facsimile 212-838-4860

January 20, 2006

<u>VIA REGULAR AND CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>
Stanley T. Sigman
President and Chief Executive Officer
Cingular Wireless
Glenridge Highlands Two
5565 Glenridge Connector
Atlanta, GA 30342

      Re:    <u>Account #00953085-001-42 - Final Invoice</u>

Dear Mr. Sigman:

    I refer you to my letter dated November 11, 2005 (copy enclosed).

    The incompetent level of service I received from Cingular caused me to cancel the contract on November 2, 2005. Consequently I refuse to pay the charges of $468.09 (including late payment fees) as detailed on your invoice for the billing cycle 12/3/05-1/2/06 copy enclosed). Please cancel this invoice immediately, and return all sums paid to you to me.

                                                 Very truly yours,

                                                 Aaron Richard Golub

ARG:psr
(enclosure)
cc:    Cingular Wireless Billing Center
        9020 N. May Avenue
        #250-NYC
        Oklahoma City, OK 73120

Aaron Richard Golub, Esquire PC
Lawyers

Aaron Richard Golub, Esquire       argolub@argolub.com
Nehemiah S. Glanc, Esquire         nglanc@argolub.com
Mark A. Moody, Esquire             mmoody@argolub.com

42 East 64th Street                212-838-4811
New York, New York 10021           Facsimile 212-838-4860

February 27, 2006

Stanley T. Sigman
President and Chief Executive Officer
Cingular Wireless
Glenridge Highlands Two
5565 Glenridge Connector
Atlanta, GA 30342

  Re:  <u>Account #00953085-001-42 - Final Invoice</u>

Dear Mr. Sigman:

  I refer you to my letter dated November 11, 2005 (copy enclosed).

  The incompetent level of service I received from Cingular caused me to cancel the contract on November 2, 2005. Consequently I refuse to pay the charges of $468.09 (including late payment fees) as detailed on your invoice for the billing cycle 12/3/05-1/2/06 copy enclosed). Please cancel this invoice immediately, and return all sums paid to you to me.

            Very truly yours,

            Aaron Richard Golub

ARG:psr
(enclosure)
cc:  Cingular Wireless Billing Center
   9020 N. May Avenue
   #250-NYC
   Oklahoma City, OK 73120

✕ cingular
raising the bar...⦁ll

4300 KELL BLVD
WICHITA FALLS, TX 76309
18003152989

Past Due Amount $468.09
Total Amount Due $473.24
Account Number 0095308500142
Date February 15, 2006

Wireless Number(s):
646-573-4600, 917-282-2619

Dear Aaron R Golub:

Cingular Wireless has made every effort to collect on your account.

Unless, we hear from you immediately, we must assume that you have no intention of paying. Your response or failure to respond will determine our action in this matter. Unless your account is brought to a current status it will result in its referral to an outside collection agency and a possible collection entry on your credit bureau report. This is an attempt to collect debt and information obtained will be used for that purpose.

Good credit is valuable. It is not too late to resolve your debt with us. Please contact us immediately at 1-800-947-5096 to discuss payment on your account.

---

Return the portion below with payment
to Cingular Wireless only.

Account Number: 00953085-001-42
Total Amount Due: $468.09
Amount Paid: $

*Please do not send correspondence with payment*

4300 KELL BLVD
WICHITA FALLS, TX 76309

#BWNHHBD
#0095308542001 6#
AB 01 011542 53318 H 37 A
AARON R GOLUB
42 64TH ST
NEW YORK, NY 10021-7306

Please Make Check Payable To:

Cingular Wireless
P. O. Box 17542
Baltimore, MD 21297-1542

```
         TRANSMISSION VERIFICATION REPORT

                                      TIME  : 03/16/2006 13:51
                                      NAME  : A. R. GOLUB, ESQ. PC
                                      FAX   : 212-838-4869
                                      TEL   : 212-838-4811
                                      SER.# : 000B4J215174


  DATE,TIME              03/16  13:49
  FAX NO./NAME           13037583421
  DURATION               00:02:12
  PAGE(S)                09
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```

# Aaron Richard Golub, Esquire, P.C.
## Lawyers

Aaron Richard Golub, Esquire                                     argolub@argolub.com
Nehemiah S. Glanc, Esquire                                       nglanc@argolub.com
David Lu, Esquire                                                dlu@argolub.com

42 East 64th Street                                              212-838-4811
New York, New York 10021                                         Facsimile 212-838-4869


## FAX TRANSMITTAL SHEET

The information contained in this facsimile message is legally privileged and confidential information intended only for use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

TO: Mrs. Greer of First Credit Reporting       FAX #: (303) 758-3421

FROM: Aaron Richard Golub, Esquire

DATE: March 16, 2006                            TIME: 2:00 pm
RE:

NO. OF PAGES (INCLUDING THIS PAGE): 9

MESSAGE:  Ms. Greer: Pursuant to your request today I am sending you my previous

# Aaron Richard Golub, Esquire, P.C.
## Lawyers

Aaron Richard Golub, Esquire  
Nehemiah S. Glanc, Esquire  
David Lu, Esquire  

argolub@argolub.com  
nglanc@argolub.com  
dlu@argolub.com  

42 East 64th Street  
New York, New York 10021  

212-838-4811  
Facsimile 212-838-4869  

May 8, 2007

**BY REGISTERED MAIL - RETURN RECEIPT REQUESTED**
**AND REGULAR MAIL**
Mr. Harry C. Gambill
President and CEO
TransUnion LLC
555 W. Adams St.
6th Floor
Chicago, IL 60661-3614

Re:   <u>TransUnion Credit Report for Aaron Richard Golub file number 170780972</u>

Dear Mr. Gambill:

This office represents Aaron Richard Golub.

I am writing to dispute inaccurate and incomplete information contained in TransUnion's ("TU") credit report of Mr. Golub dated April 11, 2007 ("Credit Report"). I have circled the disputed item and I have enclosed a copy of Mr. Golub's Credit Report.

The disputed item appears on page 1 of the Credit Report under the section titled "Adverse Accounts." The disputed item is from Nationwide Recovery Systems ("NRS") No. 4567462, which lists an open account in the amount of $558.00 placed for collection by Cingular Wireless ("CW"). The information reported by NRS and CW is disputed as inaccurate and incomplete. The CW account is in dispute and has been disputed since November, 2005. See enclosed copies of all correspondence between CW and Mr. Golub concerning their billing dispute as well as an April 3, 2007 letter from Citibank. Mr. Golub was previously a CW wireless customer but due to the incompetent level of service provided by CW, including without limitation, numerous dropped calls and an inability to send or receive calls Mr. Golub terminated his contract with CW on November 2, 2005. Mr. Golub discovered that NRS and CW failed to accurately report the billing dispute when he was denied a Citibank Premiere Elite Card pursuant to letter dated April 3, 2007 from Citibank. The April 3, 2007 letter indicated that Citibank's reason for denying Mr. Golub a credit card was based "in whole or in part, on information

Mr. Harry C. Gambill
May 8, 2007
Page -2-

obtained in a report" from TU. Please reinvestigate this matter and delete the disputed item as soon as possible.

This letter is sent without waiver of or prejudice to Mr. Golub's rights to bring an action against TU and other parties deemed liable for any and all damages he has suffered as a result of the inaccurate and incomplete information in his Credit Report. Failure to take corrective steps will result in an action instituted against TU and others for any errors reported in Mr. Golub's Credit Report which Mr. Golub will seek to expand to class action status.

                                              Very truly yours,

                                              David Lu

tbm
Enc.

cc: **BY REGISTERED MAIL - RETURN RECEIPT REQUESTED**
    **AND REGULAR MAIL**
    TransUnion Consumer Solutions
    P.O.Box 2000
    Chester, PA 19022-2000