**Exhibit 7**

P.O. Box 2000
Chester, PA 19022-2000



TransUnion

MAY 15, 2007                                FILE NUMBER 170780972

00002656
DAVID LU
ATTORNEY AT LAW
42 E 64TH ST
NEW YORK, NY 10021

Re: AARON RICHARD GOLUB, File  170780972

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. We have provided the information below in response to your request for the above-referenced consumer.

Re: Dispute Status

We received your request on 05/10/2007 and are currently investigating the disputed information. We are contacting the source(s) of the information to advise them of the above-referenced consumer's dispute. They will verify the accuracy of the item(s) and inform TransUnion of their results.

When the investigation is completed, the consumer will receive a written response and/or a copy of his or her updated credit report to notify him or her of the results. Please allow three to five days for the mail.

If you have any additional questions or concerns, please contact TransUnion at the address shown below, or visit us on the web at www.transunion.com for general information. When contacting our office, please provide the above-referenced consumer's current file number 170780972.

P.O. BOX 2000
CHESTER, PA 19022-2000

PAGE 01

00002656  1/1