**Exhibit 8**



**TransUnion**    2 Baldwin Place
1510 Chester Pike
Crum Lynne, Pa 19022
www.transunion.com

May 17, 2007

Richard Golub
Attorney at Law
42 East 64th Street
New York, NY 10021

*RE:    **Aaron Richard Golub***
        ***TransUnion File #170780972***

Dear Mr. Golub,

This letter is in response to our telephone conversation this morning.

We have received a response from NATIONWIDE RECOVERY concerning the debt to CINGULAR WIRELESS. They have not agreed to remove the account from your client's credit report. They have verified the account as being accurately reported. We have sent a modified copy of the credit report to your client reflecting these results.

Also, we are unable to provide you with a copy of the response form from NATIONWIDE RECOVERY. If you require a copy of that form, you will need to subpoena our records.

I hope this information is helpful. If you have any additional questions, please contact me at 610-546-4715.

Sincerely,

Marianne Litwa
Senior Investigator