**Exhibit 9**

P.O. Box 2000
Chester, PA 19022



05/17/2007    Trans**Union**.

REDACTED

P0AH6K00200326-I007483
AARON RICHARD GOLUB

‖ı‖‖ıı‖ıⅈıı‖ıⅈ‖ıı‖ıⅈ‖ⅈ‖ⅈıı‖ıⅈⅈıⅈⅈⅈⅈ‖

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

**TransUnion Personal Credit Score**
AARON RICHARD GOLUB

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

File Number:
Page:              1 of 8
Date Issued:       05/17/2007

Trans**Union**.

## Personal Information

**Name:**        AARON RICHARD GOLUB                    **SSN:**

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                2 of 8
Date Issued:         05/17/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:              3 of 8
Date Issued:       05/17/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                4 of 8
Date Issued:         05/17/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:              5 of 8
Date Issued:       05/17/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                6 of 8
Date Issued:         05/17/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                7 of 8
Date Issued:      05/17/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

05/17/2007    Trans**Union**. 

AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

**TransUnion Personal Credit Score**
AARON RICHARD GOLUB

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

File Number:
Page:                    1 of 9
Date Issued:             05/17/2007

TransUnion.

## Personal Information

Name:     AARON RICHARD GOLUB                         SSN:

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for AARON RICHARD GOLUB

File Number:
Page:           2 of 9
Date Issued:    05/17/2007

# AARON RICHARD GOLUB CREDIT REPORT
## FILED UNDER SEAL
## REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                3 of 9
Date Issued:         05/17/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                4 of 9
Date Issued:         05/17/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                5 of 9
Date Issued:         05/17/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                  7 of 9
Date Issued:           05/17/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:           8 of 9
Date Issued:    05/17/2007

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

Consumer Credit Report for  AARON RICHARD GOLUB

File Number:
Page:                    9 of 9
Date Issued:             05/17/2007

Trans**Union**.

# AARON RICHARD GOLUB CREDIT REPORT
# FILED UNDER SEAL
# REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED

AARON RICHARD GOLUB CREDIT REPORT
FILED UNDER SEAL
REDACTED