**Exhibit 12**



# Legal Department

5565 Glenridge Connector • Suite 1700 • Atlanta, Georgia 30342

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED BELOW, AND MAY CONTAIN LEGALLY PRIVILEGED INFORMATION. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY ADVISED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DESTROY THIS ENTIRE TRANSMITTAL.

**Date:** April 4, 2006

**To:** Aaron Richard Golub

**Phone:**                                                                 **Fax:** 212.838.4869

**From:** Malissa L. Williams, Paralegal

**Phone:** (404) 236-5417                                      **Fax:** 404.236.5575

**Total Pages (including cover letter):** 3

**MESSAGE:**

Re:  Account 00953085-001-42

**X cingular**
raising the bar.

Malissa L. Williams
Litigation Paralegal
Direct Dial: (404) 236-5417
EMAIL: malissa.williams@cingular.com

March 27, 2006

**VIA FIRST CLASS MAIL**

Aaron Richard Golub, Esq. P.C.
Aaron Richard Golub
42 East 64th Street
New York, NY 10021

      Re:    Account 00953085-001-42

Dear Mr. Golub:

    In response to your letter dated February 27, 2006, I am writing to inform you that I have investigated your account and found that there was an average of about 2000 airtime minutes incurred each month while your account was active. Therefore, I am only willing to clear the $498.09 balance and remove this from collections at this time. Please let me know if your client accepts this offer.

    Should you have any questions regarding this matter please call feel free to call me. Thank you

                          Sincerely,

                          Malissa Williams
                          Litigation Paralegal

# cingular

Malissa L. Williams
Litigation Paralegal
Direct Dial: (404) 236-5417
Email: malissa.williams@cingular.com

April 4, 2006

**VIA FACSIMILE ONLY – 212.838.4869**

Aaron Richard Golub, Esq. P.C.
Aaron Richard Golub
42 East 64th Street
New York, NY  10021

    Re:   Account 00953085-001-42

Dear Mr. Golub:

    This letter will confirm the resolution of dispute concerning Cingular Wireless Account No. 00953085-001-42. This letter serves as the settlement agreement and release of Cingular Wireless from any and all liability arising from this dispute.

    Therefore, in consideration of resolution of dispute regarding Account No. 00953085-001-42 the parties agree to the below:

1. Cingular shall credit Mr. Golub's account numbered 00953085-001-42 in the amount of $498.09;

2. Cingular Wireless shall request their outside collection agency to instruct the credit bureaus Equifax, Experian and Trans Union to delete the above-charge off from your credit report and that this account is not to show up as a negative entry or account by Cingular Wireless. The credit bureaus typically update this information within a 6-8 week period;

    This agreement will resolve the complaint arising out of your Cingular Wireless Account No. 00953085-001-42 relating to the above referenced complaint letter, and by your signature herein you agree this will resolve such complaint. These actions are not to be construed as an admission by either party as to liability.

Cingular Wireless • 5565 Glenridge Connector • Suite 1700 • Atlanta, GA 30342 • www.cingular.com

If you agree with these representations, please sign below and return by facsimile to 866.587.3803. I look forward to receiving an executed copy of this agreement.

Should you have any questions regarding the foregoing, please contact me directly at 404-236-5417.

Sincerely,

*[signature]*

Malissa L. Williams
Litigation Paralegal

cc: File

Dated: _____

Dated: 4/4/06                    _____
                                 Aaron Richard Golub, Esq.

                                 *[signature]*
                                 Cingular Wireless LLC