

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/20/07

*Nehemiah S. Glanc*
*Lawyer*

42 East 64th Street
New York City,
New York 10065

212 838-4811
Facsimile 212 838-4869

September 20, 2007

**VIA FAX 212-805-7912**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
Room 1030
New York, NY 10017

    Re:  Golub v. Trans Union LLC, et. al.
          Index No. 07 CIV 6308

Dear Judge Koeltl:

    I represent plaintiff.

    Defendant Nationwide Recovery Systems, Ltd. has moved to dismiss plaintiff's complaint. Plaintiff's opposition is due for service and filing by tomorrow September 21, 2007.

    This action concerns the Fair Credit Reporting Act and specifically plaintiff's credit report. I propose to use plaintiff's credit report as an exhibit to plaintiff's opposition. Plaintiff respectfully requests that the Court permit plaintiff to file his credit report under seal and that defendants and their counsel appropriately treat plaintiff's credit report as strictly confidential pending a confidentiality stipulation and/or order.

    It is fundamental that "[e]very court has supervisory power over its own records and files." Nixon v. Warner Communications, Inc., 435 U.S. 589, 598, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978); United States v. Graham, 257 F.3d 143, 152 (2d Cir. 2001) (quoting Nixon). It is equally fundamental that plaintiff's credit report, which contains plaintiff's financial information and history, is strictly confidential and private.

    Accordingly, plaintiff respectfully requests that the Court grant plaintiff's application to have his credit report filed under seal and for defendants and their counsel to appropriately treat plaintiff's credit report as strictly confidential pending a future confidentiality stipulation and/or order.

                               Respectfully submitted,

                               Nehemiah S. Glanc

nsg/tbm
cc:  Jeffrey I. Wasserman via fax
     Timothy P. Creech via fax