# KOGAN, TRICHON & WERTHEIMER, P.C.
## ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

TIMOTHY P. CREECH
Direct Dial: (215) 575-7618
Facsimile: (215) 575-7688
e-mail: tcreech@mstkw.com

October 3, 2007

**Via Fax (212) 805-7912**

Honorable John G. Koeltl
U.S. District Court
500 Pearl St., Rm. 1030
New York, NY 10017

**APPLICATION GRANTED**
**SO ORDERED**
John G. Koeltl, U.S.D.J.
10/3/07

RE: **Golub v. Trans Union, et al.**
**S.D. NY No: 07-CV-6308**

Dear Judge Koeltl:

Trans Union respectfully requests until October 18, 2007 to answer, plead or otherwise defend the Amended Complaint, and that it not be required to answer the original Complaint. Trans Union does not oppose Plaintiff's Motion to Amend the Complaint (based solely on the liberal standard for leave to amend of Fed.R.Civ.P. 15; without admitting any allegations in the motion to amend; and without waiving any other defenses to this action).

I have conferred with counsel for Plaintiff, and Plaintiff consents to this request.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2007

Respectfully,

KOGAN, TRICHON & WERTHEIMER, P.C.

TIMOTHY P. CREECH

Cc: Nehemiah Salomon Glanc, Esq. (*via* email nglanc@argolub.com)
Jeffrey Ian Wasserman, Esq. (*via* email jeffrey.wasserman@bracewellgiuliani.com)