₴AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  10/12/2007 |
| NAME OF SERVER (PRINT)  David Lu | TITLE  GOLUB V. TRANS UNION LLC, ET AL. 07-CIV-6308 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   By mailing a copy to each of the following persons at the last known address set forth after each name below: Bracewell & Giuliani, 1177 Avenue of the Americas, New York, New York 10036

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/17/2007__     *[signature]* David Lu
                Date                              Signature of Server

                                  42 East 64th Street, New York, New York 10065
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.