UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON RICHARD GOLUB,

                **Plaintiff,**

- against -

TRANS UNION LLC and NATIONWIDE RECOVERY SYSTEMS, INC.,

                **Defendants.**

No. 07 CV 6308 (JGK)

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

    This motion for admission *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, Kevin T. Schutte, is permitted to argue or try this particular case in whole or in part as counsel of record or advocate.

    All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

    As the above-captioned action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

    Counsel shall immediately forward the $25.00 *pro hac vice* fee to the Clerk of the Court.

Dated: 3/3/08

_____
United States District Judge