UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AARON RICHARD GOLUB,                                    C.A. No: 07-CV-6308

                       Plaintiff,

    v.

TRANS UNION LLC; and
NATIONWIDE RECOVERY SYSTEMS, LTD.,

                       Defendants.
------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

TO THE CLERK:

    Please enter the appearance of the following as counsel for Defendant, Trans Union LLC:

Bruce S. Luckman
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688
E-mail: bluckman@mstkw.com

                       Respectfully Submitted,


                       /s/ *Bruce S. Luckman*
                       Bruce S. Luckman
                       KOGAN, TRICHON & WERTHEIMER, P.C.
                       1818 Market St., 30th Floor
                       Philadelphia, PA 19103
                       (215) 575-7600; Fax: (215) 575-7688
                       E-mail:  bluckman@mstkw.com


DATED:        March 17, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AARON RICHARD GOLUB,                         C.A. No: 07-CV-6308

        Plaintiff,

   v.

TRANS UNION LLC; and
NATIONWIDE RECOVERY SYSTEMS, LTD.,

        Defendants.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    BRUCE S. LUCKMAN, hereby certifies that he caused a true and correct copy of the foregoing Notice of Appearance was served via the Court's ECF Notice System on this date to the following:

| | |
|---|---|
| Nehemiah Salomon Glanc<br>Aaron Richard Golub, Esquire<br>42 East 64th Street<br>New York, NY 10021<br>(212) 838-4811; Fax: (212) 838-4869<br>Email: nglanc@argolub.com | Jeffrey Ian Wasserman<br>Bracewell & Giuliani, LLP<br>1177 Avenue of the Americas<br>19th Floor<br>New York, NY 10036<br>(212) 508-6100; Fax: (212) 508-6101<br>Email:<br>jeffrey.wasserman@bracewellgiuliani.com |

                  */s/ Bruce S. Luckman*
                  BRUCE S. LUCKMAN

DATED:    March 17, 2008