AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

AARON RICHARD GOLUB

**SUMMONS IN A CIVIL ACTION**

V.

TRANS UNION LLC and NATIONWIDE
RECOVERY SYSTEMS, LTD.,

CASE NUMBER:    07-CIV-6308 (JGK) (ECF)

TO: (Name and address of Defendant)

TRANS UNION LLC
C/O PRENTICE HALL CORPORATION
33 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEHEMIAH S. GLANC, ESQUIRE
42 EAST 64TH STREET
NEW YORK NEW YORK 10065

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAR 2 1 2008

CLERK                                 DATE

*Marcos Quintero* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>March 21, 2008 |
| NAME OF SERVER *(PRINT)*<br>DAVID LU | TITLE<br>GOLUB V. TRANS UNION, LLC, ET AL. 07-CIV-6308 (JGK)(ECF) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By mailing a copy to each of the following persons at the last known address set forth after each name below: Bracewell & Guiliani, 1177 Avenue of the Americas, New York, New York 10036

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 31, 2008
              Date                              Signature of Server

42 East 64th Street, New York, New York 10065
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.