UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AARON RICHARD GOLUB

                              Plaintiff(s),       07 Civ 6308 (JGK) (DFE)

        - against -                               ORDER OF DISCONTINUANCE

TRANS UNION LLC
and NATIONWIDE RECOVERY
SYSTEMS, LTD.,
                              Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        The parties having reached a resolution of this action, and
the parties having agreed to this order, and the parties having
consented to Magistrate Judge Eaton's jurisdiction for the
limited purpose of entering this order,

        IT IS HEREBY ORDERED that the above-captioned action be, and
the same hereby is, discontinued with prejudice but without
costs; provided, however, that on or before _July 31, 2008_
the plaintiff may apply to Magistrate Judge Eaton by letter (by
fax and by mail) for restoration of the action to the calendar if
the settlement is not effected, in which event the action will be
restored to the calendar of the District Judge.


        SO ORDERED.

                              _____
                              DOUGLAS F. EATON
                              United States Magistrate Judge

Dated:    New York, New York
          May 29, 2008


USDC SDNY
DATE SCANNED 5/29/08